UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
LOVELL A. COX,

                Plaintiff,

    -against-                                  25 **CIVIL** 3976 (KMW)

**JUDGMENT**

NEW YORK STATE,

                Defendant.
----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 13, 2025, the Court has dismissed Plaintiff's complaint, filed IFP under 28 U.S.C. § 1915(a)(1), based on Eleventh Amendment immunity and for seeking monetary relief against a defendant who is immune from such relief. *See* 28 U.S.C. § 1915(e)(2)(B)(iii). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:** New York, New York

        September 23, 2025

                                                     **TAMMI M. HELLWIG**
                                                     **Clerk of Court**

                                **BY:**          *K. Mango*

                                                     **Deputy Clerk**